UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LAURA ANDERSON,                *
                                    *
        Plaintiff,          *
                                    *
        v.                 *     Civil Action No. 15-10480-IT
                                    *
CAROLYN COLVIN, Acting       *
Commissioner of Social Security,   *
                                    *
        Defendants.      *

ORDER

May 5, 2016

TALWANI, D.J.

      After considering the Magistrate Judge's March 9, 2016 Report and Recommendation [#35], and noting that there has been no objection, the court hereby ACCEPTS and ADOPTS the Report and Recommendation [#35] for the reasons set forth therein.  Plaintiff Laura Anderson's Motion to Reverse the Decision of the Commissioner of Social Security [#28] is DENIED, and the Defendant Carolyn Colvin's Motion to Affirm the Commissioner's Decision [#31] is ALLOWED.

      IT IS SO ORDERED.

                                   /s/ Indira Talwani
                                 United States District Judge